UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JAN -9 AM 10: 10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Aaron ORTEGA-Rubio ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | Magistrate Case No. 08 MJ 0060 <br> <br> COMPLAINT FOR VIOLATION OF <br> <br> Title 8, U.S.C., Section <br> 1324(a)(2)(B)(iii)- <br> Bringing in Illegal Alien <br> Without Presentation |

The undersigned complainant being duly sworn states:

On or about **January 8, 2008,**, at the San Ysidro Port of Entry, within the Southern District of California, defendant **Aaron ORTEGA-Rubio**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Juan Miguel RAMIREZ-Sixtos**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Claudia Rios, Customs and Border
Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9TH DAY OF **JANUARY 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Juan Miguel RAMIREZ-Sixto** is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 8, 2008, at approximately 0549 hours, **Aaron ORTEGA-Rubio (Defendant)** made application for admission into the United States from Mexico at the San Ysidro Port of Entry vehicle entrance lane #23. Defendant was the sole visible occupant and driver of a white 1998 Ford Mustang convertible. Defendant was inspected by a U.S. Customs and Border Protection (CBP) officer who was performing pre-primary roving operations. Defendant stated that he was the owner of the vehicle, that he was not bringing anything from Mexico, and that he was going to his place of employment in San Diego, California. During a vehicle inspection, the CBP officer discovered a person concealed in a factory compartment located behind the rear seat in the convertible-top storage area. Defendant was escorted to the security office and the vehicle was referred to secondary for further inspection.

In secondary, CBP officers removed the factory wall inside the vehicle trunk and extracted one male undocumented alien from the convertible storage area. The male was determined to be a citizen of Mexico with no entitlements to enter the United States and is now identified as **Juan Miguel RAMIREZ-Sixtos (Material Witness)**.

During a videotaped proceeding Defendant was advised of his Miranda rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. During a subsequent interview, Defendant admitted he is the owner of the vehicle. Defendant stated he helped place the Material Witness in the compartment. Defendant stated the Material Witness is a relative of his girlfriend and was smuggling him into the United States as a favor. Defendant stated once he smuggled the Material Witness into the United States, he was going to take him to a public phone in San Diego, California to call a family member to pick him up.

A videotaped interview was conducted with Material Witness. Material Witness stated he is a citizen of Mexico and has no documents to lawfully enter the United States. Material Witness stated a person named Pedro drove him to Defendant's home to make smuggling arrangements. Material Witness identified Defendant in a photo line-up consisting of six photographs as the person who placed him in0 the compartment. Material Witness stated he was to pay $4,000.00 U.S. dollars to be smuggled into the United States and intended to travel to San Jose, California to seek employment and reunite with family.