FILED
JAN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>       Plaintiff,            )<br>                              )<br>  v.                          )<br>                              )<br>AARON ORTEGA-RUBIO,           )<br>                              )<br>       Defendant.             )<br>_____) | Criminal Case No. 08CR161-WQH<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) - Bringing<br>in Illegal Aliens Without<br>Presentation; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting |

The United States Attorney charges:

On or about January 8, 2008, within the Southern District of California, defendant AARON ORTEGA-RUBIO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Miguel Ramirez-Sixtos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 1/24/08.

KAREN P. HEWITT
United States Attorney

/s/ CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh:San Diego
1/10/08