AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA

v.

Aaron Ortega

**WAIVER OF INDICTMENT**

FILED
JAN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE NUMBER: 08CR 161-WQH

I, __Aaron Ortega__, the above named defendant, who is accused of 8 U.S.C. sec. 1324(a)(2)(B)(iii) and 18 U.S.C. §2

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/24/08__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Aaron O
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*